STATE OF NORTH CAROLINA v. REGINALD BLAKE GARNER

No. 7519SC472

(Filed 19 November 1975)

ON *writ of certiorari* to review trial before *Exum, Judge.* Judgment entered 28 November 1973 in Superior Court, RANDOLPH County. Heard in the Court of Appeals 19 September 1975.

*Attorney General Edmisten, by Assistant Attorney General William F. Briley, for the State.*

*Hugh R. Anderson for defendant appellant.*

ARNOLD, Judge.

The facts of this case are set forth fully in a companion case, *State v. Spinks,* No. 7519SC461, filed this day. Defendant Garner raises no assignments of error or questions that are not discussed in *State v. Spinks.* We find no prejudicial error in the trial.

No error.

Judges MORRIS and HEDRICK concur.